UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JON JAROSZEWSKI,

    Plaintiff,

vs.

ADDUXI, INC., a
foreign profit corporation,

    Defendant.

Case No.  2:23-cv-12744
Judge: Laurie J. Michelson
Ref: Curtis Ivy, Jr.

---

AKEEL & VALENTINE, PLC
Shereef H. Akeel (P54345)
Hasan Kaakarli (P81099)
Daniel W. Cermak (P84460)
Attorneys for Plaintiff
888 W. Big Beaver, Ste. 350
Troy, MI 48084
(248) 269-9595
shereef@akeelvalentine.com
hasan@akeelvalentine.com
daniel@akeelvalentine.com

---

**<u>NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT ADDUXI, INC</u>**

**NOW COMES** Plaintiff, Jon Jaroszewski, by and through his undersigned counsel, Akeel and Valentine, PLC, and for their Notice of Voluntary Dismissal of Defendant Adduxi, Inc, states as follows:

Plaintiff voluntarily dismisses Defendant Adduxi, Inc without prejudice.

This is a final order and closes this case.

        Respectfully submitted,

        AKEEL & VALENTINE, PLC

        <u>s/ Shereef H. Akeel</u>
By:  Shereef H. Akeel (P54345)
      Hasan Kaakarli (P81099)
      Daniel W. Cermak (P84460)
      Attorneys for Plaintiff
      888 W. Big Beaver Rd., Ste. 350
      Troy, MI  48084
      (248) 269-9595
      <u>shereef@akeelvalentine.com</u>
      <u>hasan@akeelvalentine.com</u>
      <u>daniel@akeelvalentine.com</u>

DATED: November 3, 2023

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JON JAROSZEWSKI,

    Plaintiff,

vs.

ADDUXI, INC., a
foreign profit corporation,

    Defendant.

Case No. 2:23-cv-12744
Judge: Laurie J. Michelson
Ref: Curtis Ivy, Jr.

---

AKEEL & VALENTINE, PLC
Shereef H. Akeel (P54345)
Hasan Kaakarli (P81099)
Daniel W. Cermak (P84460)
Attorneys for Plaintiff
888 W. Big Beaver, Ste. 350
Troy, MI 48084
(248) 269-9595
shereef@akeelvalentine.com
hasan@akeelvalentine.com
daniel@akeelvalentine.com

---

## ORDER OF VOLUNTARY DISMISSAL

**IT IS HEREBY ORDERED** that Defendant Adduxi, Inc in the above captioned cause of action, is hereby, voluntarily **DISMISSED** without prejudice and without costs to either party;

This is a final order and closes the case.

Dated: November 3, 2023

                                      s/Laurie J. Michelson
                                      LAURIE J. MICHELSON
                                      UNITED STATES DISTRICT JUDGE